# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:18-cv-62119-WPD

| | |
|---|---|
| MARK EDELSBERG, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| PUB CLUB LEADS a California Limited Liability Company, | |
| Defendant. _____/ | |
| THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS, a California Limited Liability Company, | |
| Third-Party Plaintiff, | |
| v. | |
| LEO EDELSBERG, individually, | |
| Third-Party Defendant. _____/ | |

## **NOTICE OF SETTLEMENT**

Plaintiff Mark Edelsberg hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims against Defendant, and Defendant's claims against Third-Party Defendant Leo Edelsberg. The Parties are in the process of drafting a settlement agreement. The Parties anticipate filing a notice of dismissal within ten (10) days of this notice

Date: March 20, 2019

                                                                               Respectfully submitted,

                                                                               */s/ Manuel S. Hiraldo*
                                                                               Manuel S. Hiraldo
                                                                               **HIRALDO P.A.**
                                                                               Florida Bar No. 030380
                                                                               401 E. Las Olas Boulevard
                                                                               Suite 1400
                                                                               Ft. Lauderdale, Florida 33301
                                                                               Email: mhiraldo@hiraldolaw.com
                                                                               Telephone: 954.400.4713

                                                                               *Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713