UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK EDELSBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

CASE NO.: 0:18-cv-62119-WPD

v.

THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS, a California Limited Liability Company,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

NOW COMES Plaintiff, Mark Edelsberg, Defendant, The Brea Financial Group, LLC d/b/a Pub Club Leads, and Third-Party Defendant, Leo Edelsberg, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant, without prejudice of the putative class claims against Defendant, and with prejudice of Defendant's claims asserted in the Third-Party Complaint against Third-Party Defendant. Each Party shall bear their own respective costs and attorneys' fees.

Dated: April **4**, 2019.

Respectfully submitted,

By: */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Fla. Bar. No. 030380
    Email: mhiraldo@hiraldolaw.com
    **Hiraldo P.A.**
    401 E. Las Olas Blvd., Suite 1400
    Fort Lauderdale, Florida 33301
    *Attorneys for Plaintiff and Third-Party Defendant*

39515485.1

By: */s/ Jamey R. Campellone*
BETH-ANN E. KRIMSKY
Fla. Bar No. 968412
Email: beth-ann.krimsky@gmlaw.com
Email: clemencia.corzo@gmlaw.com
JAMEY R. CAMPELLONE
Fla. Bar No. 119861
Email: jamey.campellone@gmlaw.com
Email: shayna.yasinian@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
*Attorneys for Defendant The Brea Financial Group, LLC d/b/a Pub Club Leads*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **4th** day of April, 2019, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal of Action with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Jamey R. Campellone*
JAMEY R. CAMPELLONE
Fla. Bar No. 119861