UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-62119-DIMITROULEAS/SNOW

MARK EDELSBERG, individually and on behalf of
all others similarly situated,

        Plaintiff,

vs.

THE BREA FINANCIAL GROUP, LLC D/B/A
PUB CLUB LEADS, a California Limited Liability
Company,

        Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice [DE 53] (the "Stipulation"), filed herein on April 4, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 53] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 4th day of April, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

All Counsel of Record